UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DEBRA A. ODOM,

    Plaintiff,

v.        Case No. 8:06-cv-1345-T-TBM

MICHAEL J. ASTRUE,
Commissioner of the United States
Social Security Administration,[1]

    Defendant.
_____/

# O R D E R

THIS MATTER is before the court on the Commissioner's **Motion for Entry of Judgment with Remand** (Doc. 15). By this motion, the Commissioner seeks an Order remanding the case to an Administrative Law Judge to:

> document the application of the mental assessment technique outlined in 20 C.F.R. §§ 404.1520a and 416.920a. . . . discuss, analyze, and make specific findings as to the degree of limitation that the Plaintiff experiences in activities of daily living; social functioning; concentration, persistence and pace; and episodes of decompensation. . . . acknowledge, discuss, and appropriately evaluate Dr. Renfrew's opinion concerning whether Plaintiff meets a medical listing.

The Commissioner represents that Plaintiff does not object to the motion.

---

[1] Michael J. Astrue became Commissioner of Social Security on February 12, 2007. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Michael J. Astrue should be substituted for Commissioner Jo Anne B. Barnhart as Defendant in this suit.

This motion is made pursuant to Sentence Four of § 405(g) of the Social Security Act, which provides: "The court shall have power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Secretary, with or without remanding the cause for a rehearing." 42 U.S.C. § 405(g). In a Sentence Four remand, the appropriate procedure requires the court to enter final judgment in favor of the Plaintiff. Shalala v. Schaefer, 509 U.S. 292 (1993).

Accordingly, it is **ORDERED** that the Commissioner's **Motion for Entry of Judgment with Remand** (Doc. 15) is **GRANTED**. The decision is reversed and remanded for further proceedings before the Commissioner consistent with this Order. The Clerk is directed to enter Judgment in favor of the Plaintiff and to close the file. The matter of fees and costs shall be addressed upon further pleadings.

**Done and Ordered** in Tampa, Florida, this 27th day of February 2007.

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record